Kenneth L. Neeley, 025899
Brian M. Blum, 024243
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ecf@neeleylaw.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re:<br>Yun Z. Lin,<br><br>    Debtor. | Chapter 7<br>Case No.: 2:13-bk-19813-GBN<br>**Declaration of Debtor Yun Lin in Support of Her Response to Creditor Kimco Riverview LLC's Objection to Property Claimed Exempt** |
|---|---|

I, Yun Z. Lin, declare:

1. I am the Debtor the case captioned above.

2. My husband is Min Jing Zheng. My husband and I ("We," "Us," "Our") were married on June 22, 2001 in New York (while living in Pennsylvania). In August 2001, We moved to Arizona and have lived here ever since.

3. We have never entered into any agreement to change the community property laws of Arizona.

4. In or around October 2009 I leased space from Kimco Riverview LLC, and opened a restaurant there in November 2010. In July 2013 the restaurant business failed and Kimco sued me and also my parents on personal guaranties of the lease.

5. The Kimco lawsuit played a large role in speeding up my decision to file this Chapter 7 bankruptcy.

6. Kimco's attorney, Don Fletcher, appeared at the § 341 meeting and questioned me extensively about our vehicle and real property.

7. In September 2013, We purchased a 2010 Toyota Prius. The title to the Prius

indicates my husband's name only, however this vehicle belongs to both of us together.

8. I declare under penalty of perjury that the foregoing is true, correct, and accurate to the best of my knowledge. I have been informed and understand that under 28 U.S.C. § 1746, this Declaration under penalty of perjury, and my statements herein, have the same force and effect as if made under oath in a sworn affidavit. If called to testify regarding the foregoing facts and statements, my testimony would be consistent with all the foregoing.

DATED: 01/31/14

_____
Yun Z. Lin
*Debtor*